In re:                                                          Case No. 18-04105-JJT
Timothy J Ryman                                                 Chapter 13
Robyn Ryman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: MMchugh        Page 1 of 2        Date Rcvd: Nov 20, 2018
                           Form ID: ntcnfhrg     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db/jdb       +Timothy J Ryman,   Robyn Ryman,    513 Vista Drive,   Berwick, PA 18603-5610
5115458       Berwick Area Joint Sewer Authority,   1108 Freas Ave,   Berwick, PA 18603-1710
5115459       Capital One,   Bankruptcy Dept.,   PO Box 31043,   Columbus, OH 43218-3043
5115456       Doran & Doran PC,   69 Public Sq Ste 700,   Wilkes-Barre, PA 18701-2588
5115462       Geisinger,   100 N Academy Ave,   Danville, PA 17822-9800
5115464      #Northeast Ear Nose & Throat Assoc. Inc.,   6850 Lows Rd Ste 320,   Bloomsburg, PA  17815-8708
5115466       Rushmore Loan Management Services,   Servicer for Wilmington Savings,   PO Box 52708,
              Irvine, CA  92619-2708
5115455       Ryman Robyn,   513 Vista Dr,   Berwick, PA 18603-5610
5115454       Ryman Timothy J,   513 Vista Dr,   Berwick, PA 18603-5610
5115468       Target Card Services,   PO Box 660170,   Dallas, TX  75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5126734       Fax: 800-813-8164 Nov 20 2018 19:40:11    21st Mortgage Corporation,   P.O.Box 477,
              Knoxville, TN 37901
5115457      +Fax: 800-813-8164 Nov 20 2018 19:40:11    21st Mortgage Company,   Attn: Customer Service,
              620 Market St Ste 100,   Knoxville, TN 37902-2208
5115460       E-mail/PDF: creditonebknotifications@resurgent.com Nov 20 2018 19:21:55    Credit One Bank,
              PO Box 98873,   Las Vegas, NV  89193-8873
5115461       E-mail/Text: electronicbkydocs@nelnet.net Nov 20 2018 19:19:24    Dept of Education/Nelnet,
              121 S 13th St,   Lincoln, NE 68508-1904
5115463       E-mail/Text: bnckohlsnotices@becket-lee.com Nov 20 2018 19:18:58    Kohl's,   PO Box 3043,
              Milwaukee, WI  53201-3043
5128709       E-mail/PDF: cbp@onemainfinancial.com Nov 20 2018 19:21:49    ONEMAIN,   PO BOX 3251,
              EVANSVILLE, IN. 47731-3251
5115465       E-mail/PDF: cbp@onemainfinancial.com Nov 20 2018 19:21:51    One Main,   132 W Front St,
              Berwick, PA  18603-4702
5114678      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2018 19:22:07
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5115467       E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2018 19:21:28    Synchrony Bank/Walmart,
              Attn: Bankruptcy Dept.,   PO Box 965060,   Orlando, FL  32896-5060
5120202      +E-mail/Text: electronicbkydocs@nelnet.net Nov 20 2018 19:19:24
              US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
              Lincoln, NE 68508-1911
                                                                                 TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
              Trust, et al. bkgroup@kmllawgroup.com
              Lisa M. Doran   on behalf of Debtor 2 Robyn  Ryman ldoran@dorananddoran.com
              Lisa M. Doran   on behalf of Debtor 1 Timothy J Ryman ldoran@dorananddoran.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy J Ryman,

**Debtor 1**

Robyn Ryman,

**Debtor 2**

Chapter    13

Case No.    5:18–bk–04105–JJT

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **January 1, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: January 8, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 20, 2018 |

ntcnfhrg (03/18)