In the United States Bankruptcy Court
for the Middle District of Pennsylvania

In Re:                                        : Chapter 13
                                              :
Timothy J. Ryman                              : Case No. 5: 18-bk-04105-JJT
Robyn Ryman                                   :
                                              :
         Debtors                              :

## Chapter 13 Debtor's Pre-Confirmation Certification of Compliance with Post-Petition Domestic Support and Prepetition Tax Return Filing Obligations

I, Timothy J. Ryman, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on January 8, 2019.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for the Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

   I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: 3/1/19                              By: _____
                                                Timothy J. Ryman, Debtor

# In the United States Bankruptcy Court for the Middle District of Pennsylvania

In Re:

Timothy J. Ryman
Robyn Ryman

      Debtors

Chapter 13

Case No. 5: 18-bk-04105-JJT

## Chapter 13 Debtor's Pre-Confirmation Certification of Compliance with Post-Petition Domestic Support and Prepetition Tax Return Filing Obligations

I, Robyn Ryman, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on January 8, 2019.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for the Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: 3/1/19

By: *Robyn Ryman*
Robyn Ryman, Debtor