United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Timothy J Ryman  
Robyn Ryman  
    Debtors

Case No. 18-04105-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: MMchugh | Page 1 of 1 | Date Rcvd: May 29, 2019 |
|---|---|---|---|
| | Form ID: pdf010 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.

    +Verizon Payroll Services, Attn: Garnishments, 899 Heathrow Park Lane, 2nd Floor, Room 2120, Lake Mary, Florida 32746-5612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
    James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, et al. bkgroup@kmllawgroup.com  
    Lisa M. Doran    on behalf of Debtor 2 Robyn Ryman ldoran@dorananddoran.com  
    Lisa M. Doran    on behalf of Debtor 1 Timothy J Ryman ldoran@dorananddoran.com  
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
    TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : 
 : Case No. 5-18-04105
**Timothy J. Ryman and Robyn Ryman,** :
 : Ch. 13
 Debtors :

### ORDER TO PAY TRUSTEE

AND NOW, upon consideration of the above referenced Debtors, having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statue,

IT IS HEREBY ORDERED that until further Order of this Court:

**Verizon Payroll Services**
**Attn: Garnishments**
**899 Heathrow Park Lane**
**2nd Floor, Room 2120**
**Lake Mary, Florida 32746**

shall deduct from Timothy J. Ryman's income the sum of $1,795.00 per month (pro-rata among each pay period), beginning on the next pay day following receipt of this Order, and deduct a similar amount each pay period thereafter, including any period from which Timothy J. Ryman received a periodic or lump sum payment as a result of vacation, termination or any benefits payable to the above debtor and to remit the deducted sums to:

Chapter 13 Trustee
P O Box 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number (5-18-bk-04105-RNO) on the face of the check.

Dated: May 29, 2019 By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)