```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 18-04105-RNO
Timothy J Ryman                                                 Chapter 13
Robyn Ryman
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Jun 25, 2020
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.
5137727         +Rushmore Loan Management Services,   P.O. Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, et al. bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor 2 Robyn  Ryman ldoran@dorananddoran.com,    ldtripmail@yahoo.com
              Lisa M. Doran    on behalf of Debtor 1 Timothy J Ryman ldoran@dorananddoran.com,
               ldtripmail@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-04105-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Timothy J Ryman
513 Vista Drive
Berwick PA 18603

Robyn Ryman
513 Vista Drive
Berwick PA 18603

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/24/2020.

Name and Address of Alleged Transferor(s):

Claim No. 8: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708

Name and Address of Transferee:

WILMINGTON SAVINGS FUND SOCIETY, FSB
Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Houston TX 77042
WILMINGTON SAVINGS FUND SOCIETY, FSB
Selene Finance, LP

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/27/20

Terrence S. Miller
**CLERK OF THE COURT**