UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                          CASE NO.: 18-04105
                                                                                                        **CHAPTER 13**

**Timothy J Ryman,**
    **Debtor.**

**Robyn Ryman,**
    **Debtor.**

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
DULUTH, GA 30097**

                                                  Robertson, Anschutz, Schneid & Crane LLC
                                                  Attorney for Secured Creditor
                                                  10700 Abbott's Bridge Road, Suite 170,
                                                  Duluth, GA 30097
                                                  Telephone: 470-321-7112

                                                  By: /s/Erin Elam
                                                         Erin Elam
                                                         Email: eelam@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TIMOTHY J RYMAN
ROBYN RYMAN
513 VISTA DRIVE
BERWICK, PA 18603

And via electronic mail to:

DORAN & DORAN, P.C.
69 PUBLIC SQUARE, SUITE 700
WILKES-BARRE, PA 18700

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/Luwam Habtegabir
Luwam Habtegabir
Email: lhabtegabir@rascrane.com