United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04105-HWV |
| Timothy J Ryman | Chapter 13 |
| Robyn Ryman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: May 26, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

**Recip ID**      **Recipient Name and Address**
    +    Verizon Payroll Services Attn: Garnishments, 899 Heathrow Park Lane 2nd Floor,, Room 2120, Lake Mary, Florida 32746-5612

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, et al. bkgroup@kmllawgroup.com |
| Lisa M. Doran | on behalf of Debtor 2 Robyn Ryman ldoran@dorananddoran.com |
| Lisa M. Doran | on behalf of Debtor 1 Timothy J Ryman ldoran@dorananddoran.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: | Case No. 5-18-04105

**Timothy J. Ryman and Robyn Ryman,**

Ch. 13

Debtors

## ORDER TO PAY TRUSTEE

Upon consideration of the above Debtors, having filed a Petition under Chapter 13 of the Bankruptcy Code and having filed a Motion to Amend the existing Wage Attachment,

IT IS HEREBY ORDERED that until further Order of this Court:

**Verizon Payroll Services**
**Attn: Garnishments**
**899 Heathrow Park Lane**
**2nd Floor, Room 2120**
**Lake Mary, Florida 32746**

shall deduct from Timothy J. Ryman's income the sum of **$1,645.00 per month** (pro-rata among each pay period), beginning on the next pay day following receipt of this Order, and deduct a similar amount each pay period thereafter, including any period from which Timothy J. Ryman received a periodic or lump sum payment as a result of vacation, termination or any benefits payable to the above debtor and to remit the deducted sums to:

Jack N. Zaharopoulos
Chapter 13 Trustee
P O Box 6008
Memphis, TN 38101-6008

IT IS FURTHER ORDERED that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number (5-18-bk-04105-RNO) on the face of the check.

Dated: May 26, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)