# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 5:18-bk-04105
:
**Timothy J. Ryman and Robyn Ryman,** :
: Ch. 13
Debtors :

## AMENDMENT TO SCHEDULES "B" AND "C"

The above Debtors by and through their attorneys, Doran & Doran, P.C. hereby amends Schedule "B" and Schedule "C" pursuant to Bankruptcy Rule 1009. The purpose of the amendment is to add a postpetition asset to Schedule "B" and claim any exemption due the Debtor on Schedule "C" as indicated on the Exhibit "A" which is attached hereto and made part hereof.

/s/ *Lisa M. Doran*
LISA M. DORAN, ESQUIRE
Doran & Doran, P.C.
69 Public Square - Suite 700
Wilkes Barre PA 18701
(570) 823-9111
Attorneys for the Debtors

Dated: February 8, 2023

## Schedule "B"

32. Any interest in property that is due from someone who died.

    Debtor, Robyn Ryman has a 1/3 interest in the Estate of Susan Jean Cerreta who passed away on January 22, 2021. The estate is pending in Columbia County, PA #1921-0104. A parcel of real estate has to be sold before the heirs will receive any distribution. The Debtor's interest is estimated to be approximately $50,000.00.

## Schedule "C"

| Property | Value | Exempt Amount | Law Allowing Exemption |
|---|---|---|---|
| 1/3 interest in Estate of Susan Jean Cerreta | approximately $50,000.00 | $12,149.00 | 11USC§522(d)(5) |

# Exhibit "A"

## DECLARATION

The herein named Debtor hereby requests amendment of Schedules "B" and "C" and declare under penalty of perjury that the foregoing is true and correct.

*Robyn Ryman*
───────────────────────
Robyn Ryman