UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                                                 CASE NO.: 18-04105-MJC
                                                                                                                                                          CHAPTER 13

Timothy J Ryman,
    Debtor.

Robyn Ryman,
    Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                 Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                 Authorized Agent for Secured Creditor
                                                 130 Clinton Rd #202
                                                 Fairfield, NJ 07004
                                                 Telephone: 470-321-7112

                                                 By: /s/Charles Wohlrab
                                                       Charles Wohlrab, Esq.
                                                       Email: CWohlrab@raslg.com

# CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on March 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TIMOTHY J RYMAN
513 VISTA DRIVE
BERWICK, PA 18603

ROBYN RYMAN
513 VISTA DRIVE
BERWICK, PA 18603

And via electronic mail to:

DORAN & DORAN, P.C.
69 PUBLIC SQUARE, SUITE 700
WILKES-BARRE, PA 18701

DORAN & DORAN, P.C.
69 PUBLIC SQUARE, SUITE 700
WILKES-BARRE, PA 18701

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE) 8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

                By: /s/ Brianna Carr