UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 18-04105
 CHAPTER 13

Timothy J Ryman,
    Debtor.

Robyn Ryman,
    Joint Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

    **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
    **13010 MORRIS ROAD, SUITE 450**
    **ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane &
    Partners, PLLC
    Attorney for Secured Creditor
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Michelle L. McGowan, Esq.
        Michelle L. McGowan, Esq.
        Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TIMOTHY J RYMAN
513 VISTA DRIVE
BERWICK, PA 18603

ROBYN RYMAN
513 VISTA DRIVE
BERWICK, PA 18603

And via electronic mail to:

DORAN & DORAN, P.C.
69 PUBLIC SQUARE, SUITE 700
WILKES-BARRE, PA 18701

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE 1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/Journie Morosky

Case 5:18-bk-04105-MJC    Doc 66    Filed 08/30/24    Entered 08/30/24 16:54:27    Desc
Main Document    Page 2 of 2