United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 18-04105-MJC
Timothy J Ryman  Chapter 13
Robyn Ryman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 17, 2024     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

**Recip ID**     **Recipient Name and Address**
+ Verizon Payroll Services, Attn: Garnishments, 899 Heathrow Park Lane, 2nd Floor, Room 2120, Lake Mary, FL 32746-5612

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:

**Name**     **Email Address**

Charles G. Wohlrab
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Charles G. Wohlrab
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, et al. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, et al. bkgroup@kmllawgroup.com

Lisa M. Doran
    on behalf of Debtor 2 Robyn Ryman ldoran@dorananddoran.com LDoran@jubileebk.net

Lisa M. Doran
    on behalf of Debtor 1 Timothy J Ryman ldoran@dorananddoran.com  LDoran@jubileebk.net

Michelle McGowan
    on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

In The United States Bankruptcy Court
for The Middle District of Pennsylvania

IN RE:                                    :   Chapter:  13
                                          :   Case No.  5:18-bk-04105-MJC
**Timothy J. Ryman and Robyn Ryman**,     :
                                          :
      Debtors.                         :

## Order Terminating Wage Attachment

Upon Motion filed by Doran & Doran, P.C. on behalf of the above Debtor, Timothy J. Ryman, requesting that the Wage Attachment to pay Chapter 13 Plan Payments be terminated because the Plan has now been fully paid, it is

ORDERED, that the attachment of wages on behalf of the Debtor, Timothy J. Ryman, by employer, Verizon Payroll Services, is hereby terminated.

The address of the employer is:

**Verizon Payroll Services**
**Attn: Garnishments**
**899 Heathrow Park Lane**
**2nd Floor, Room 2120**
**Lake Mary, Florida 32746**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 16, 2024