Fill in this information to identify the case:

Debtor 1  Timothy J Ryman

Debtor 2  Robyn Ryman
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
(State)
Case number 5:18-bk-04105-MJC

# Form 4100R
# Response to Notice of Final Cure    10/15

___

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 3226

**Property address:**  513 VISTA DRIVE
Number    Street

BERWICK, PA 18603
City    State    ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3:  Postpetition Mortgage

*Check one:*

[ ]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ____/____/_____
MM/DD/YYYY

[X]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $44,309.49

b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $0.00

c. Total. Add lines a and b.    (c) $44,309.49

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    05 / 01 / 2021
MM/DD/YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

**Part 4:** **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

**Part 5:** **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Michelle L. McGowan                    Date 10/11/2024
   Signature

Print   Michelle L. McGowan                   Title Authorized Agent
        First Name   Middle Name   Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   13010 Morris Rd., Suite 450
          Number          Street
          Alpharetta, GA  30004
          City            State          Z P Code

Contact   470-321-7112                        Email  mimcgowan@raslg.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TIMOTHY J RYMAN
513 VISTA DRIVE
BERWICK, PA 18603

ROBYN RYMAN
513 VISTA DRIVE
BERWICK, PA 18603

And via electronic mail to:

DORAN & DORAN, P.C.
69 PUBLIC SQUARE, SUITE 700
WILKES-BARRE, PA 18701

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE) 8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE 1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Long-Giang Nguyen

Email: petnguyen@raslg.com

## Payment Changes

| Filed Date | Eff Date | Amt |
|---|---|---|
| First PPP | 10/1/2018 | $ 882.63 |
| 11/11/2019 | 1/1/2020 | $ 892.84 |
| 4/27/2020 | 7/1/2020 | $ 890.00 |
| 11/6/2020 | 12/1/2020 | $ 971.89 |
| 10/22/2021 | 12/1/2021 | $ 933.76 |
| 11/8/2022 | 12/1/2022 | $ 947.43 |
| 9/6/2023 | 10/1/2023 | $ 952.67 |
| 9/4/2024 | 10/1/2024 | $ 981.65 |

| Post Due Date | Amounts Due | Payments Applied | Amount Applied | Misapplied amount (positive=over; negative=under) |
|---|---|---|---|---|
| Oct-18 | $ 882.63 | 10/1/2018 | $ - | $ (882.63) |
| Nov-18 | $ 882.63 | 11/1/2018 | $ - | $ (882.63) |
| Dec-18 | $ 882.63 | 12/1/2018 | $ - | $ (882.63) |
| Jan-19 | $ 882.63 | 1/1/2019 | $ - | $ (882.63) |
| Feb-19 | $ 882.63 | 2/1/2019 | $ - | $ (882.63) |
| Payment iao$23,492.79 has been included in Plan and completely received, hence post pettition dated from 03/01/2019 to 04/01/2021 has been skipped. | | | | |
| May-21 | $ 971.89 | 5/1/2021 | $ - | $ (971.89) |
| Jun-21 | $ 971.89 | 6/1/2021 | $ - | $ (971.89) |
| Jul-21 | $ 971.89 | 7/1/2021 | $ - | $ (971.89) |
| Aug-21 | $ 971.89 | 8/1/2021 | $ - | $ (971.89) |
| Sep-21 | $ 971.89 | 9/1/2021 | $ - | $ (971.89) |
| Oct-21 | $ 971.89 | 10/1/2021 | $ - | $ (971.89) |
| Nov-21 | $ 971.89 | 11/1/2021 | $ - | $ (971.89) |
| Dec-21 | $ 933.76 | 12/1/2021 | $ - | $ (933.76) |
| Jan-22 | $ 933.76 | 1/1/2022 | $ - | $ (933.76) |
| Feb-22 | $ 933.76 | 2/1/2022 | $ - | $ (933.76) |
| Mar-22 | $ 933.76 | 3/1/2022 | $ - | $ (933.76) |
| Apr-22 | $ 933.76 | 4/1/2022 | $ - | $ (933.76) |
| May-22 | $ 933.76 | 5/1/2022 | $ - | $ (933.76) |
| Jun-22 | $ 933.76 | 6/1/2022 | $ - | $ (933.76) |
| Jul-22 | $ 933.76 | 7/1/2022 | $ - | $ (933.76) |
| Aug-22 | $ 933.76 | 8/1/2022 | $ - | $ (933.76) |
| Sep-22 | $ 933.76 | 9/1/2022 | $ - | $ (933.76) |
| Oct-22 | $ 933.76 | 10/1/2022 | $ - | $ (933.76) |
| Nov-22 | $ 933.76 | 11/1/2022 | $ - | $ (933.76) |
| Dec-22 | $ 947.43 | 12/1/2022 | $ - | $ (947.43) |
| Jan-23 | $ 947.43 | 1/1/2023 | $ - | $ (947.43) |
| Feb-23 | $ 947.43 | 2/1/2023 | $ - | $ (947.43) |
| Mar-23 | $ 947.43 | 3/1/2023 | $ - | $ (947.43) |
| Apr-23 | $ 947.43 | 4/1/2023 | $ - | $ (947.43) |
| May-23 | $ 947.43 | 5/1/2023 | $ - | $ (947.43) |
| Jun-23 | $ 947.43 | 6/1/2023 | $ - | $ (947.43) |
| Jul-23 | $ 947.43 | 7/1/2023 | $ - | $ (947.43) |
| Aug-23 | $ 947.43 | 8/1/2023 | $ - | $ (947.43) |
| Sep-23 | $ 947.43 | 9/1/2023 | $ - | $ (947.43) |
| Oct-23 | $ 952.67 | 10/1/2023 | $ - | $ (952.67) |
| Nov-23 | $ 952.67 | 11/1/2023 | $ - | $ (952.67) |
| Dec-23 | $ 952.67 | 12/1/2023 | $ - | $ (952.67) |
| Jan-24 | $ 952.67 | 1/1/2024 | $ - | $ (952.67) |
| Feb-24 | $ 952.67 | 2/1/2024 | $ - | $ (952.67) |
| Mar-24 | $ 952.67 | 3/1/2024 | $ - | $ (952.67) |
| Apr-24 | $ 952.67 | 4/1/2024 | $ - | $ (952.67) |
| May-24 | $ 952.67 | 5/1/2024 | $ - | $ (952.67) |
| Jun-24 | $ 952.67 | 6/1/2024 | $ - | $ (952.67) |
| Jul-24 | $ 952.67 | 7/1/2024 | $ - | $ (952.67) |
| Aug-24 | $ 952.67 | 8/1/2024 | $ - | $ (952.67) |
| Sep-24 | $ 952.67 | 9/1/2024 | $ - | $ (952.67) |
| Oct-24 | $ 981.65 | 10/1/2024 | $ - | $ (981.65) |
| | $ - | 1/0/1900 | $ - | $ - |
| | $ - | 1/0/1900 | $ - | $ - |
| | $ - | 1/0/1900 | $ - | $ - |
| | $ - | 1/0/1900 | $ - | $ - |
| | $ - | 1/0/1900 | $ - | $ - |
| | $ - | 1/0/1900 | $ - | $ - |
| | $ - | 1/0/1900 | $ - | $ - |
| Total due | $ 44,309.49 | Amount Paid | $ - | $ (44,309.49) |

Difference of Amount Due Minus Amount Paid (Positive = behind on payment; negative = ahead on payment)   $ 44,309.49