In The United States Bankruptcy Court
for The Middle District of Pennsylvania

IN RE: : Chapter: 13
: Case No. 5:18-bk-04105-MJC
**Timothy J. Ryman and Robyn Ryman,** :
:
Debtors. :

**Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and § 522(q)**
*(If a joint petition is filed, each spouse must complete and file a separate certification)*

*Part I. Certification Regarding Domestic Support obligations (check no more than one)*

Pursuant to 11 U.S.C. § 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed by bankruptcy petition, and I have not been required to pay any such obligation since then.

___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address is: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding § 522(q) (check no more than one)*

Pursuant to 11 U.S.C. § 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) the exceeds $189,050* in value in the aggregate.

___ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  10/25/2024                By: *Robyn Ryman*
                    Date                          Debtor - Robyn Ryman

* Amounts are subject to adjustment on 4/10/25 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

In The United States Bankruptcy Court
for The Middle District of Pennsylvania

IN RE:                                                             Chapter: 13
                                                                 Case No. 5:18-bk-04105-MJC

**Timothy J. Ryman and Robyn Ryman,**

            Debtors.

**Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and § 522(q)**
*(If a joint petition is filed, each spouse must complete and file a separate certification)*

*Part I. Certification Regarding Domestic Support obligations (check no more than one)*

      Pursuant to 11 U.S.C. § 1328(a), I certify that:

      ☑ I owed no domestic support obligation when I filed by bankruptcy petition, and I have not been required to pay any such obligation since then.

      ___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

      My current address is: _____

      My current employer and my employer's address: _____

*Part III. Certification Regarding § 522(q) (check no more than one)*

      Pursuant to 11 U.S.C. § 1328(h), I certify that:

      ☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) the exceeds $189,050* in value in the aggregate.

      ___ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   10/25/2024   By: *Timothy J. Ryman*
                   Date                                Debtor - Timothy J. Ryman

* Amounts are subject to adjustment on 4/10/25 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.