United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-04105-MJC
Timothy J Ryman  Chapter 13
Robyn Ryman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 28, 2024      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy J Ryman, Robyn Ryman, 513 Vista Drive, Berwick, PA 18603-5610 |
| 5115458 | | Berwick Area Joint Sewer Authority, 1108 Freas Ave, Berwick, PA 18603-1710 |
| 5115459 | | Capital One, Bankruptcy Dept., PO Box 183043, Columbus, OH 43218-3043 |
| 5115456 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5115464 | | Northeast Ear Nose & Throat Assoc. Inc., 6850 Lows Rd Ste 320, Bloomsburg, PA 17815-8708 |
| 5115455 | | Ryman Robyn, 513 Vista Dr, Berwick, PA 18603-5610 |
| 5115454 | | Ryman Timothy J, 513 Vista Dr, Berwick, PA 18603-5610 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 28 2024 18:45:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 5126734 | | Email/Text: ebn@21stmortgage.com | Oct 28 2024 18:46:00 | 21st Mortgage Corporation, P.O.Box 477, Knoxville, TN 37901 |
| 5115457 | | Email/Text: ebn@21stmortgage.com | Oct 28 2024 18:46:00 | 21st Mortgage Company, Attn: Customer Service, 620 Market St Ste 100, Knoxville, TN 37902-2207 |
| 5136474 | | EDI: CAPITALONE.COM | Oct 28 2024 22:39:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5135397 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2024 19:02:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5115460 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2024 18:52:32 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5115461 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2024 18:46:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5115462 | ^ | MEBN | Oct 28 2024 18:45:15 | Geisinger, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5115463 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2024 18:45:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5128709 | | EDI: AGFINANCE.COM | Oct 28 2024 22:39:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5115465 | | EDI: AGFINANCE.COM | Oct 28 2024 22:39:00 | One Main, 132 W Front St, Berwick, PA 18603-4702 |
| 5133708 | | EDI: PRA.COM | Oct 28 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5114678 | + | EDI: PRA.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 28 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5528545 | + | Email/Text: RASEBN@raslg.com | Oct 28 2024 18:45:00 | RAS Crane & Partners, PLLC, 10700 Abbott's Bridge, suite 170, Duluth, GA 30097-8461 |
| 5115466 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2024 18:45:00 | Rushmore Loan Management Services, Servicer for Wilmington Savings, PO Box 52708, Irvine, CA 92619-2708 |
| 5137727 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2024 18:45:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5115467 | | EDI: SYNC | Oct 28 2024 22:39:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 5135958 | + | Email/Text: bncmail@w-legal.com | Oct 28 2024 18:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5115468 | | EDI: WTRRNBANK.COM | Oct 28 2024 22:39:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 5649258 | + | Email/Text: RASEBN@raslg.com | Oct 28 2024 18:45:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5120202 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2024 18:46:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5338259 | + | Email/Text: bkteam@selenefinance.com | Oct 28 2024 18:45:00 | Wilmington Savings Fund Society FSB, Selene Finance LP, Attn BK Dept, 3501 Olympus Blvd Suite 500, Dallas, TX 75019-6295 |
| 5345701 | + | Email/Text: RASEBN@raslg.com | Oct 28 2024 18:45:00 | Wilmington Savings Fund Society,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | Wilmington Savings Fund Society,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5338260 | *+ | Wilmington Savings Fund Society FSB, Selene Finance LP, Attn BK Dept, 3501 Olympus Blvd Suite 500, Dallas, TX 75019-6295 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, et al. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, et al. bkgroup@kmllawgroup.com |
| Lisa M. Doran | on behalf of Debtor 2 Robyn Ryman ldoran@dorananddoran.com LDoran@jubileebk.net |
| Lisa M. Doran | on behalf of Debtor 1 Timothy J Ryman ldoran@dorananddoran.com LDoran@jubileebk.net |
| Michelle McGowan | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Timothy J Ryman <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2413 <br> EIN  \_\_–_____ |
| Debtor 2 <br> (Spouse, if filing) | Robyn Ryman <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3794 <br> EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-04105-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy J Ryman

Robyn Ryman

10/28/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**