United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04105-MJC |
| Timothy J Ryman | Chapter 13 |
| Robyn Ryman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 11, 2024     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Timothy J Ryman, Robyn Ryman, 513 Vista Drive, Berwick, PA 18603-5610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, et al. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, et al. bkgroup@kmllawgroup.com |
| Lisa M. Doran | on behalf of Debtor 2 Robyn Ryman ldoran@dorananddoran.com LDoran@jubileebk.net |

| | |
|---|---|
| Lisa M. Doran | on behalf of Debtor 1 Timothy J Ryman ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Michelle McGowan | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Timothy J Ryman,<br>**Debtor 1**<br>Robyn Ryman,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:18−bk−04105−MJC |

Social Security No.:
xxx−xx−2413   xxx−xx−3794

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: December 11, 2024

**fnldec** (01/22)